# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148713 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 148713
COA: 319754
Cheboygan CC: 13-004718-FH

DANIEL WILLIAM KAHN,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 6, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay is DENIED as moot.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2014



s0304

Clerk